```
JENNIFER J. CAPABIANCO (SBN 193371)
jcapabianco@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099


Attorneys for Defendants IRVIN GOODWIN and
HOMELESS VETERANS EMERGENCY HOUSING FACILITY
(erroneously sued as HVEHF VETERAN CENTER)
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PRATER,<br><br>     Plaintiff,<br><br>  v.<br><br>IRVIN GOODWIN; HVEHF VETERAN CENTER,<br><br>     Defendants. | Case No. 3:14-cv-04876<br><br>STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>Date:     N/A<br>Time:     N/A<br>Judge:    Hon. Howard R. Lloyd<br>Dept.:    N/A<br><br>Complaint Filed:  August 12, 2014<br>Motion Cut-Off:   None Set<br>Trial Date:       None Set |

   Plaintiff, CHRISTOPHER PRATER, and defendants, IRVIN GOODWIN and HOMELESS VETERANS EMERGENCY HOUSING FACILITY, by and through their counsel of record, Jennifer J. Capabianco, hereby stipulate and continue the settlement conference in this matter to May 28, 2015 at 9:30 a.m.

   The reason for said continuance is due to the fact that the defendants' insurance adjuster in on vacation and not available to attend the settlement conference on May 15, 2015 as previously noticed by the Court.

IT IS SO STIPULATED

DATED:  April 14, 2015            SELMAN BREITMAN LLP

                                  By:/s/Jennifer J. Capabianco
                                     JENNIFER J. CAPABINCO
                                     Irvin Goodwin and Homeless
                                     Veteran's Emergency Housing
                                     Facility

DATED:


                                  By: /s/Christopher Prater _____
                                     CHRISTOPHER PRATER
                                     IN PRO PER


### ORDER GRANTING CONTINUANCE

Based upon the above stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the May 15, 2015 Settlement Conference is continued to May 28, 2015 at 9:30 a.m.

**IT IS SO ORDERED**

Dated:   April 14, 2015           _____
                                  Honorable Nathanael M. Cousins
                                  Judge of the United States
                                  District Court



2