IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KYLE PRATER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IRVIN GOODWIN, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04976 HRL (NC)<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |

On April 14, 2015 , defense counsel filed a request for the defendants' insurance representatives to appear telephonically at the settlement conference set for May 28, 2015, at 9:30 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Defendants' insurance representatives must stand by beginning at the date and time above and for the duration of the conference.

Dated: April 17, 2015

　　　　　　　　　　　　　　　　　　　　NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge