UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER KYLE PRATER,<br><br>        Plaintiff,<br><br>   v.<br><br>IRVIN GOODWIN, HVEHF VETERAN CENTER,<br><br>        Defendants. | Case No. 5:14-cv-04876-HRL<br><br>**ORDER RE DEFENDANTS' DISCOVERY DISPUTE JOINT REPORTS**<br><br>Re: Dkt. Nos. 44-46 |

The court rules on defendants' pending Discovery Dispute Joint Reports (DDJRs) as follows:

Defendants' DDJR No. 1 seeks an order compelling plaintiff to respond to their interrogatories. Subsequent filings by plaintiff, however, indicate that he served supplemental responses after this DDJR was filed. Defendants have not advised that they take issue with the supplemental responses. Accordingly, DDJR No. 1 is denied as moot.

Defendants' DDJR No. 2 seeks an order compelling plaintiff to produce documents responsive to their requests. Given the current posture of these proceedings, however, it is not apparent that defendants continue to pursue this discovery. Accordingly, DDJR No. 2 is denied as moot, unless defendants advise that they are still interested in obtaining this discovery.

Defendants' DDJR No. 3 seeks an order compelling non-party Marianne Deschaine to

1  appear for deposition pursuant to Fed. R. Civ. P. 45.  Defendants have persuaded that Deschaine's
2  deposition is relevant and proportional to the needs of the case.  Fed. R. Civ. P. 26(b)(1).
3  However, unless defendants advise that they are still pursuing this discovery, DDJR No. 3 is
4  denied as moot for the same reasons stated in connection with DDJR No. 2.
5      SO ORDERED.
6  Dated:   December 15, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:14-cv-04876-HRL Notice has been electronically mailed to:

Christopher Kyle Prater    kcprater74@gmail.com

Jennifer J. Capabianco    jcapabianco@selmanbreitman.com, ttaylor@selmanbreitman.com