United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12   CHRISTOPHER KYLE PRATER,              Case No.  5:14-cv-04876-HRL

13            Plaintiff,

14        v.                               **INTERIM ORDER RE PLAINTIFF'S
                                           DISCOVERY DISPUTE REPORTS**
15   IRVIN GOODWIN, HVEHF VETERAN
     CENTER,
16
              Defendants.
17

        Plaintiff's "Discovery Dispute Joint Report Number 3"[1] seeks an order compelling

18   defendants to respond to plaintiff's Interrogatories 1-17.  As presented, however, the court is

19   unable to properly evaluate these interrogatories and all of defendants' objections to them.

20   Plaintiff has merely purported to summarize the text of some interrogatories and defendants'

21   responses.  **No later than January 5, 2015**, plaintiff shall submit to the court an actual copy of

22   Interrogatories 1-17 he served on defendants, as well as a copy of the responses defendants served

23   on him.  **Plaintiff shall submit this document without any further argument on this pending

24   DDJR.  Any such argument submitted in violation of this order will be stricken and will not

25   be considered.**

26

27   _____

     [1] This is actually DDJR No. 4.  However, to avoid further confusion, this court will refer to this
28   DDJR as numbered by plaintiff.

United States District Court
Northern District of California

1    Plaintiff's "Discovery Dispute Joint Report Number 4"[2] seeks an order compelling

2    defendants to produce documents responsive to plaintiff's Requests for Production 1-16.  As

3    presented, the court is unable to properly evaluate these requests or defendants' objections to

4    them.  **No later than January 5, 2015**, plaintiff shall submit to the court an actual copy of the

5    Requests for Production 1-16 he served on defendants, as well as a copy of the responses

6    defendants served on him.   **Plaintiff shall submit this document without any further argument**

7    **on this pending DDJR.  Any such argument submitted in violation of this order will be**

8    **stricken and will not be considered.**

9    SO ORDERED.

10   Dated:   December 15, 2015

11

12                                                      _____
                                                        HOWARD R. LLOYD
                                                        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [2] This is actually DDJR No. 5.  However, to avoid further confusion, this court will refer to this
     DDJR as numbered by plaintiff.

2

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5:14-cv-04876-HRL Notice has been electronically mailed to:

Christopher Kyle Prater      kcprater74@gmail.com

Jennifer J. Capabianco      jcapabianco@selmanbreitman.com, ttaylor@selmanbreitman.com