UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER KYLE PRATER,<br><br>    Plaintiff,<br><br>    v.<br><br>IRVIN GOODWIN; HVEHF VETERAN CENTER,<br><br>    Defendants. | Case No.  5:14-cv-04876-HRL<br><br>**ORDER RE DEFENDANTS' SUMMARY JUDGMENT MOTION** |

The October 27, 2015 hearing on defendants' summary judgment motion is vacated, and briefing on that motion is suspended pending resolution of the court's September 17, 2015 order to show cause re subject matter jurisdiction.

SO ORDERED.

Dated:   September 29, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

1   5:14-cv-04876-HRL Notice has been electronically mailed to:

2   Christopher Kyle Prater     kcprater74@gmail.com

3   Jennifer J. Capabianco     jcapabianco@selmanbreitman.com, ttaylor@selmanbreitman.com